UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALEXIS LORENZO,

                                           Docket No.: 1:25 cv 06756 (LJL)

              Plaintiff,

    v.                                **NOTICE OF APPEARANCE**

LEGAL SERVICES OF NEW YORK CITY,

              Defendant.
------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as counsel for Defendant LEGAL SERVICES NYC s/h/a LEGAL SERVICES OF NEW YORK CITY, in connection with the above action. Please forward all future correspondence and litigation documents to the attention of the undersigned. I certify that I am admitted to practice in this Court.

Dated: Uniondale, New York
       September 12, 2025

                                      RIVKIN RADLER LLP
                                      *Attorneys for Defendant,*
                                      *Legal Services NYC s/h/a*
                                      *Legal Services of New York City*

                    By:  *Thomas Wolowski*
                             Thomas Wolowski, Esq.
                             926 RXR Plaza
                             Uniondale, New York 11556
                             (516) 357-3000
                             Thomas.Wolowski@rivkin.com

TO:    All parties via ECF

4930-1681-5464, v. 1