UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                    :

ALEXIS LORENZO,                        :

                Plaintiff,           :

        -v-                   :

LEGAL SERVICES OF NEW YORK CITY,  :

                Defendant.     :

                                      :
--------------------------------------------------------------------X

25-cv-6756 (LJL)

ORDER

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED: 12/11/2025**

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELED.

      SO ORDERED.

Dated: December 11, 2025
      New York, New York

                                        LEWIS J. LIMAN
                              United States District Judge